# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO CARDENAS-LIRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-184 |
| | § | |
| CLAY ODOM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss case and to impose sanctions, Dkt. No. 9, and Plaintiff Jose Fernando Cardenas-Lira's ("Cardenas-Lira") Supplemental Objections, Dkt No. 14.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 9, and **DISMISSES WITH PREJUDICE** Plaintiff's civil rights action as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) until such time as Plaintiff satisfies the conditions set forth in *Heck*. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court therefore **DIRECTS** the Clerk of the Court to forward a copy of this Order to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov. The Court **SANCTIONS** Plaintiff $100.00 for filing this frivolous civil rights action and bars Cardenas-Lira from filing any civil actions in this Court without first satisfying the monetary sanction imposed and obtaining the permission of a district court or magistrate judge to proceed.

SIGNED this 13th day of May 2019.

_____
Hilda Tagle
Senior United States District Judge