IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE FERNANDO CARDENAS-LIRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-184 |
| | § | |
| CLAY ODOM, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Plaintiff Jose Fernando Cardenas-Lira's ("Cardenas-Lira") application to proceed *in forma pauperis* on appeal, Dkt. No. 21; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 23; and Plaintiff's objections to the M&R, Dkt. No. 24.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 23. Accordingly, the Court **DENIES** Plaintiff's motion to proceed *in forma pauperis* on appeal, Dkt. No. 21. The Court **SANCTIONS** Cardenas-Lira $250.00 because he continues to make frivolous filings despite previous warnings. <u>Officials in charge of the Inmate Trust Fund for Reeves III Correctional Institution in Pecos, Texas shall deduct this amount from the trust account belonging to Jose Fernando Cardenas-Lira (BOP # 82905-379) and forward it to the Clerk of the Court when funds are available</u>.

The Clerk will provide a copy of this Order to (1) the plaintiff and (2) to the Trust Fund Supervisor, Reeves III Correctional Institution, P.O. Box 2038, Pecos, Texas 79772.

SIGNED this 29th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge